OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK

844 N. King Street, Unit 8
Wilmington, Delaware 19801
(302) 573-6170
www.ded.uscourts.gov

RE: C.A.# _____16 - 1 0 0 8_____

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

      I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: **OCT 3 1 2016**  Signed: _____ Pro Se Plaintiff

Date Received by Clerk's office: **OCT 3 1 2016**  Signed: _____ Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

CLERK
US DISTRICT COURT
844 N KING STREET UNIT 18
WILMINGTON, DE 19801

If applicable, Rule 4 mailed to plaintiff: **OCT 3 1 2016**
Date mailed

By: _____ Deputy Clerk

wp\forms\rule4receipt 1-13
NOTE: Intake Clerk: Scan and docket as:
ACKNOWLEDGMENT OF RECEIPT