RECEIPT FOR AO FORM 85 AND AO FORM 85A

United States District Court for the District of Delaware

Civil Action No. __16 - 1008__

# ACKNOWLEDGMENT OF RECEIPT FOR:

## AO FORM 85, NOTICE, CONSENT, AND REFERENCE OF A CIVIL CASE TO A MAGISTRATE JUDGE,

### AND

## AO FORM 85A, NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE.

I hereby acknowledge receipt of ____1____ copies of AO forms 85 and 85A.

__OCT 3 1 2016__
(Date forms provided)

_[signature]_
(Signature of person receiving forms)

WCJH STEVE CHANG
(Printed name of recipient/name of firm)

NOTE:

Signed receipt form will be filed and docketed.