# Exhibit A

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| GREGORY KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>The Hon. **WILLIAM C. BRADLEY**,<br>individually.<br><br>    Defendant. | C.A. No. - 0 9 - 2 8 2<br><br>**Jury Trial Demanded** |

## COMPLAINT

**COMES NOW,** Plaintiff Gregory Kelly, in proper person, **complains of the Defendant and alleges as follows:**

1. This is a diversity case arising from the July 10, 2007 enactment of the Delaware Child Victims Act of 2007 (the "Act") and Delaware common law regarding childhood sexual abuse. It seeks monetary damages for personal injuries arising from childhood sexual abuse by a pedophile attorney. At age 11, Gregory Kelly, (hereinafter "Greg") was the victim of repeated sexual abuse by then William C. Bradley (esq.), now Judge Bradley, from December 28-30, 1975.

### I. JURISDICTION

2. The diversity jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1332, 2201 and 2202. This case arises between citizens of different States and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

3. Venue is appropriate pursuant to 28 U.S.C. § 1391(a)(2) because all of the events or omissions giving rise to the claims occurred in this judicial district.

## II. THE PARTIES

4. Plaintiff Gregory Kelly resides in Las Vegas, Nevada and is a citizen of that State. He is presently 44 years old. He is self-employed as an author and exercise instructor. At the times he was sexually molested and victimized, he was 11 years old. Greg has decided to make his name public, despite the fact that the sexual abuse took place while he was a minor, and are of an extremely personal and sensitive nature.

5. Defendant, Hon. William C. Bradley was a Delaware attorney in December of 1975, having worked for the Wilmington firm of Balick and Balick. He is believed to be 71 years old. Judge Bradley, (hereinafter, "Bradley,") has served as a Judge on the Newcastle Court of Common Pleas from 1976 to the present. He is a citizen of Delaware. He is sued as an individual.

## III. FACTS GIVING RISE TO THE ACTION

### Relationship between Greg and Bradley

6. Bradley had been a close, multi-generational friend of the extended Kelly family dating back to his high school and college days in the 1950s. Bradley eventually became closest to Greg's father Neill (now deceased) during their high school years. Bradley later went on to develop a friendship with Greg's mother Barbara around the same period. Bradley was welcome in any extended Kelly household as if he were a member of the family.

7. Growing up, Bradley was idolized by all of Greg's brothers and cousins due to his charm, quick whit, free spirit, motorcycle, and single male status. He was often invited to important family functions and reunions as a de-facto member of the family.

The Kelly's, as a whole had nothing but love for Bradley.

8. On or around September of 1974, on a Friday afternoon, Greg and his immediate family (parents and three brothers) visited Bradley's home in Delaware. It is unknown whether or not this is his current address, but it was a two-story house in marsh like area with a river behind the home. The roads were largely unpaved, and grass was nowhere to be found. It was much like driving to a home in the wilderness.

9. That Saturday afternoon, at age 9, Greg received his first glimpse of what would follow a year later. Having earned the trust of Barbara Kelly, Bradley decided that he and Greg needed to take a nap upstairs in a private room around 1:00 p.m.

Upon lying down on the bed, Bradley rolled over to Greg's side and immediately spooned him. This made Greg uncomfortable, as his own father had never done anything like this before. Bradley pulled Greg tight to his body as they lay on our sides, kissed Greg on the head, and said, *"you know, I love you kids."*

Not knowing how to react, Greg simply said, *"we love you too Bill."*

From there, Greg pretended to fall asleep, which was impossible with a grown man's arm around him. Greg faked it for approximately an hour and then left the room.

10. Upon the family's departure, Bradley resumed his act of treating Greg like "a young man," rather than a "snuggle toy." Greg simply chalked up the experience to a misunderstanding, hoping never to find himself in this position again.

### Bradley's Sexual Crimes Against Greg

11. On December 28, 1975, Bradley picked up Greg and his brother John Doe #1 from their Pleasantville, New York home at approximately 5:00 pm and with the blessing of their parents, proceeded to take them to his Delaware home for a few days of "male bonding." Greg had no problem with this, as his brother would be present.

12. Greg is certain of this date, as it was the same day of the controversial "catch" made by Drew Pearson in the playoff game against the Minnesota Vikings. The three talked about the controversy on the ride down to Delaware. Bradley was very impressed with Pearson's answer about the non-call of interference, as Pearson neither confirmed nor denied it.

13. Upon arriving at Bradley's Delaware home that evening, Bradley instructed the three to lie down on a single king sized mattress in his bedroom (on the floor without a box spring or frame), despite the fact that there were individual rooms for all to sleep.

14. Bradley positioned himself between the two boys with Greg on his left and John Doe #1 on his right (when lying on their backs).

15. Within 30 seconds of hitting the mattress, Bradley rolled his massive 350-pound body on to his left side, started to tickle Greg as a diversion, and then proceeded to jam his right hand into Greg's underwear.

16. Not understanding how this could be happening with his father's best friend and his brother present, Greg immediately tried to roll away to the left off the bed, but was pulled back by Bradley's left arm into Bradley's massive body.

17. Greg next attempted to insert his right elbow between Bradley's right arm, and say something along the lines of, *"c'mon, what are you doing,"* as if it were all a joke of some kind.

18. From there, Bradley applied more pressure with both arms, in a body lock, as a clear signal to Greg that he would tolerate no further resistance. Greg went into a state of shock, and somehow, managed to fall asleep to avoid the horror of what was taking place. Bradley's right hand remained on Greg's genitals the entire night.

-4-

19. The next morning, Greg and John Doe #1 awoke to find Bradley gone, and both were very hungry. There was no edible food in the house other than a dozen saltine crackers, which the two split equally.

20. Greg and John Doe #1 tried to curb their hunger by taking long walks along the river behind Bradley's house, as well playing a duck hunting game on Bradley's television. However, the hunger from not eating for nearly 24 hours was consuming their minds and bodies.

21. Bradley returned that evening December 29, 1975, at which time he told the boys that he would take them out for a fabulous meal. At this point, both boys were excited by the prospect of avoiding starvation.

22. Upon leaving in Bradley's vehicle for what they thought would lead to food, Bradley suggested that the three take a quick detour so that the boys could witness live "possum skinning," which he was very fond of.

23. After an hour of the possum skinning exercise, Bradley again decided to take another detour to the restaurant. This time it was to the house of the John Doe # 2 family, who were also close friends of Bradley. Greg remembers the name of the son, which along with the name of John Doe #1, will be sent as a private correspondence to Bradley's attorneys to protect their privacy.

24. After another hour of lollygagging without any food, Greg left the room, went by the fireplace, and started to cry. He was starving at this point (8:00 p.m.).

25. Bradley quickly used Greg's breakdown as an opportunity to remove Greg from the household, explaining that Greg had an adverse reaction to the possum skinning.

-5-

26. After having the mother of John Doe #2 feed Greg and John Doe #1, Bradley suggested that John Doe #1 should stay at John Doe#2's home overnight while he took Greg home to console him. He thought nothing of the fact that the parents of John Doe #2, while wonderful people, were complete strangers to John Doe #1.

27. Upon returning to Bradley's home, the sexual abuse from the previous night continued unabated. Greg did not put up a struggle this time, accepting the inevitable outcome. Bradley sensed this, and was much more gentle, as the outcome was a foregone conclusion. There were no potential witnesses on this night.

28. Upon waking, on December 30, 1975, Bradley quickly shuttled Greg off to the house of John Doe #2, since there were no more saltines left for food. Greg spent the day playing with John Doe #1 and John Doe #2.

29. That evening, Bradley reversed course, and arranged to have Greg stay at the John Doe #2's home while John Doe #1 and he would return to Bradley's home. This was a welcome relief for Greg, as he knew that the parents of John Doe #2, while strangers, were good people, and that he would not be molested for the third time in three nights.

30. The next morning, December 31, 1975, Bradley and John Doe #1 picked Greg up from the home of John Doe #2 and made the long drive back to Pleasantville, New York. They arrived sometime in the early afternoon.

31. Barbara Kelly greeted the three in her driveway. When asked how the trip went, Bradley immediately went on to tell Barbara how Greg experienced great shock from the possum skinning, and that Greg suffered an anxiety attack.

32. Upon hearing Bradley's cover story, Greg entered the house through the garage, went to his room, and never said goodbye to Bradley.

33. Over the next few years, Greg was invited to visit Bradley again, but never accepted. Many other young men were not so lucky.

34. Over the next few years, John Doe #2 visited and stayed with the Kelly's in their Pleasantville, New York home at least once in Bradley's company.

35. Over the next few years, Bradley brought more than one male child from his participation in the Delaware Big Brother/Big Sister program to the Kelly home, but Greg does not recall any of them staying with his family.

36. Over the next few years, Bradley continued to remain as a trusted friend of the extended Kelly family, attending all-important family functions, including Greg's high school graduation in 1982. Bradley permitted Greg to drive his 1980 Indy 500 Pace Car replica to and from the graduation ceremonies.

37. In 1984, Bradley was invited to the wedding of Christopher Kelly and Shirley Childs in Connecticut. Greg, at age 19, and 6'3" administered the first reading for the service.

38. Later that evening, Bradley pulled Greg aside and told him:

*"You know, I always thought that John Doe #1 was the best looking one in the family – but after seeing you up there today, I think that you are."*

39. Seeing that Bradley's predatory instincts remained intact, Greg quickly pulled away from Bradley, and has not spoken to him since.

40. In 1985, at age 20, after being picked up by his mother Barbara from the train station for College Spring Break, Greg finally confessed to being molested by Bradley. Barbara was so horrified that she nearly lost control of the vehicle.

-7-

41. Sometime in 1990-1991, not understanding why he had become estranged from the family, Bradley called Greg's father Neill to ask what had come between them. Neill's answer was very simple, *"you molested Gregory!"*

42. Sometime in the years of 1996-1997, Greg became aware that child molesters would not stop until they were caught. His motivation came from the story of Father James Porter in Fall River, Massachusetts.

43. In 1997, Greg filed a complaint with the child victims unit of the Delaware Attorney General's Office. The complaint was filed on the Internet.

44. In 1997, Greg was interviewed, telephonically by Stanley Friedman, who was an investigator for the Delaware Attorney General's Office. Greg believes that all telephonic conversations were recorded, and retained by the Attorney General's Office.

45. In 1997, Mr. Friedman also interviewed John Doe #1 to corroborate Greg's account of events.

46. In 1997, Mr. Friedman also visited Greg's business in Scottsdale, Arizona as a follow up to the investigation.

47. In June of 1997, Greg ultimately received a letter from Margaret Naylor (esq.) with the Office of Disciplinary Counsel of the Supreme Court of Delaware. The letter stated that they had no jurisdiction since Bradley was not a sitting Judge at the time of the sexual abuse.

48. In June of 1997, in a follow-up call from Greg, Mrs. Naylor (esq.) suggested that Greg file a complaint with the Delaware State Bar.

49. In 2009, after self-publishing his first novel, Greg received a number of phone calls from survivors of incest and molestation, predominantly from women,

bringing back memories of his own abuse. The stories were very graphic and horrific, involving intercourse amongst several family members and generations.

The novel contained less than one paragraph about Greg's molestation (as a character), and disguised Bradley as a Police Chief in Virginia. With no knowledge of the Child Victim's Act, Greg had no interest or hope in exposing Bradley personally.

50. The phone calls from these survivors prompted Greg to perform an Internet search on Bradley. This lead to Greg's discovery of the Delaware Child Victim's Act of 2007, and the impetus for this complaint.

**Fiduciary Relationships**

51. Fiduciary relationships existed between Greg and his parents on the one hand, and Bradley on the other. These relationships are characterized by a high degree of trust, and confidence, as well as a prohibition against self-dealing.

52. Similar to the fiduciary relationships that characterize the lawyer-client, doctor-patient relationship, such a special relationship also existed in this case between Greg's parents and Bradley, who knew Bradley since high school.

53. This fiduciary relationship was formed due to the actions of Greg's parents entrusting him to Bradley's care in Bradley's home.

54. As a result of this trust, Bradley gained influence and dominance assuming control and responsibility over Greg and his parents. Bradley assumed a duty to act for these parents regarding matters falling within the scope of his care for their child.

**Causation**

55. Bradley's willful and reckless actions were the probable cause of immediate and long-term injuries and conditions, which Greg suffered.

-9-

## Injuries

56. The childhood sexual abuse plaintiff suffered at the hands of Bradley, has caused Greg to have struggles in his life with men, women, and his family. Greg also has complete disdain for control or authority of any type.

57. Immediately after Bradley's sexual abuse, Greg began to have trouble in his personal life, having breakdowns in school as a sixth grader at Crittenden Middle School in Armonk, New York.

58. Not understanding the source of Greg's angst, his parent's decided to seek therapy for him with Dr. Arthur Kornhaber, M.D. Dr. Kornhaber is the author of many books, scientific papers, and articles dealing with child and family issues.

59. Despite two years of therapy, Greg never exposed Bradley's molestation, fearing a family upheaval, which was more than Greg could handle at the time.

60. Moving forward into high school, Greg's physical stature was well behind that of his two older brothers, just one and two grades older. To a disinterested observer, Greg appeared to be a "very late bloomer." He did not develop secondary sexual characteristics such as body hair until age 18, an indication of low testosterone levels.

61. At the same time, Greg experienced great difficulty in any type of intimacy with young women. He viewed physical intimacy as a dirty influence, and was very public about his intentions to become a priest, as the only salvation for his secret angst.

62. Rolling forward to college, Greg reversed course altogether. While still suffering from intimacy issues, he developed a fascination with bodybuilding, thinking he could ward off evil by creating an intimidating body. In four years, at 6'3" Greg went from 185 pounds as a freshman to 235 pounds as a senior. His physical stature prompted the Head Football Coach of Holy Cross College to offer him a tryout.

63. Greg's intimacy issues followed him to college. Despite having normal urges and curiosity about women, Greg used his physical stature as a means of keeping women away from him. He was successful in this pursuit until age 21.

64. Shortly after graduation, Greg decided that being large and intimidating was not enough to ward off the type of evil embodied in Bradley's sexual abuse. Greg now craved danger, and physical violence as an outlet for his angst. He quickly accepted a job at his brother John Doe #1's Manhattan Bar, Mingles Tavern.

65. Without looking to bully people, Greg always loved running into a bully at Mingles Tavern. Using his eyes, body and words, all he had to do then, or now, was think of pedophiles to put the "Fear of God" into a disruptive patron of the bar. Most potential conflicts ended without violence.

66. Greg has been married twice since 1990, ending in divorce and annulment. Some of his ex-wives and ex-girlfriends believe he is emotionally abusive, alcoholic and bi-polar.

67. Greg has been estranged from his 13-year-old daughter for ten months, due to her fear of his anger. She is currently in therapy.

68. Greg's friends criticize him for his anti-social, aggressive, and sometimes violent public demeanor.

69. Greg has recently become agoraphobic from the emotional strain of revisiting Bradley's molestation via contact from other survivors of sexual abuse and incest. He is also angry that Bradley remains an active Judge, administering justice as a pedophile. These events have made Greg fearful of his personal rage outside of familiar

-11-

environments. He now prefers living as a recluse amongst three abandoned dogs and minimal contact with the outside world beyond his work.

70. Greg continues to suffer from nightmares involving males attempting to sexually assault him. This dream has occurred weekly since Greg was 18, and usually ends in brutal and inhumane violence.

71. Greg continues to suffer from a fascination with violence against anyone he perceives to be a physical threat to him or his family. Upon seeing an aggressive male he would consider a worthy physical adversary, Greg becomes obsessed with strategizing how he would physically neutralize the adversary in short order.

72. Greg is filing this motion in proper person because he has been unable to locate a Delaware attorney who does not consider the prospect of suing a sitting Judge with 33 years on the Bench to be "career suicide" or threatening to pending cases involving victims of molestation.

**COUNT I (Assault and Battery)**

73. Greg repeats and re-alleges paragraphs 1-72 set forth above.

74. The actions of Bradley were willful, wanton or oppressive and merit an award of punitive damages.

75. Greg's right be free of assault and battery has been denied under the common law of the State of Delaware and the Act.

**COUNT II (Negligence)**

76. Greg repeats and re-alleges paragraphs 1-75 set forth above.

77. Bradley owed a duty of care to Greg under the circumstances then existing.

78. Bradley breached his duty by sexually molesting Greg twice in two nights.

79. Bradley breached his duty by starving Greg for more than 24 hours, leaving

-12-

Greg vulnerable to another incident of sexual abuse.

80. As a direct and proximate result of Bradley's negligence, Greg has been injured.

81. The actions of Bradley were willful, wanton or oppressive and merit an award of punitive damages.

82. Greg's right be free of negligence has been denied under the common law of the State of Delaware and the Act.

### COUNT III (Breach of Fiduciary Duty)

83. Greg repeats and re-alleges paragraphs 1-82 set forth above.

84. Bradley owed fiduciary duties to Greg.

85. As a direct and proximate result of Bradley's breach of fiduciary duties, Greg has been injured.

86. The actions of Bradley were willful, wanton or oppressive and merit an award of punitive damages.

87. Greg's rights have been denied under the common law of the State of Delaware and the Act.

**Wherefore**, Plaintiff prays that the Court:

    (a) Enter judgment against Bradley.

    (b) Enter a judgment against Bradley, for compensatory and punitive damages.

    (c) Enter a judgment against Bradley, for costs and pre and post judgment interest.

    (d) Require such other and further relief as the Court deems just and proper under the circumstances.

-13-

DATED this __20__ day of April 2009.

By:

_/s/ signature_

Gregory Kelly
11975 Fairfax Ridge St.
Las Vegas, NV 89183
Plaintiff in Proper Person
(702) 994-1636
isovegas@yahoo.com

-14-