# Exhibit D

# Prisoner sues over sex with ex-Baylor security boss

Jessica Masulli Reyes , The News Journal    Published 12:18 p.m. ET Feb. 10, 2017 | Updated 22 hours ago

*Lawsuit claims the prison promoted Fred Way III despite red flags that eventually led to sex with a female inmate.*



(Photo: DANIEL SATO/THE NEWS JOURNAL)

Prison officials ignored red flags in the record of the former security chief at Delaware's only women's prison, which eventually gave him the opportunity to have sex with an inmate behind closed doors, according to a new lawsuit.

Former Major Fred Way III, who once was the No. 3 official at the Baylor Women's Correctional Institution before he was arrested and pleaded guilty (/story/news/crime/2016/01/11/prison-security-boss-admits-sex-inmate/78638274/), had a recorded history of violence toward another inmate that should have led prison officials, including Warden Wendi Caple, to at the very least watch him more closely, according to the attorney representing the 29-year-old prisoner who brought the suit in Superior Court.

"That should have put the department on notice that he shouldn't have such unfettered access to prisoners," said attorney Raeann Warner. "I'm not sure why he was employed after that. It seems incredibly dangerous to the prisoners."

A spokeswoman for the Department of Correction refused to comment on the pending litigation on Friday.

The lawsuit was filed two weeks before an unrelated prison hostage situation at the James T. Vaughn Correctional Institution left one guard dead and left the nation talking about conditions in Delaware's prisons.

The sex scandal at the center of the suit rocked the prison system on a smaller scale in 2015.

In June of that year, inmate Chakirra Wonnum reported to staff that Way had sex with her on two occasions. (/story/news/local/2015/07/07/prison-security-boss-suspended-inmate-sex-probe/29817969/) The warden conducted an internal investigation that resulted in State Police being notified and Way being fired from his $68,200-a-year position in August.

The police investigation found that Wonnum went to clean Way's office on a Sunday and closed the office door in violation of a state prison policy that requires employees to prop open the door or have another person present.

Video showed the woman vanishing from view for about three minutes before appearing and propping open the door, according to court documents.

Way was arrested and subsequently pleaded guilty the day before his trial to four counts of official misconduct in exchange for prosecutors dropping two additional charges of sexual relations in a detention facility.



**Fred Way III** *(Photo: Submitted)*

He was sentenced in March to a year of probation and 25 weekend stays at a low-security prison facility. But, during his first weekend stay in April other inmates threatened him and told him "dead man walking," according to court documents. This led the judge to modify his sentence to seven days alone in the prison's secured housing unit followed by three months of home confinement.

Way and the prison are now being sued by Wonnum. She is claiming the prison was grossly negligent in the way it hired, retained and supervised Way when he posed a clear danger.

Warner is pointing to a 2003 case in which a jury found that Way had subjected an inmate, who was a former smoker, to cruel and unusual punishment by subjecting him to secondhand smoke from inmates who frequently smoked in his cell. The inmate also claimed Way assaulted him and retaliated against him by putting him in solitary confinement during recreation periods, reading his personal mail and court case notes over the prison intercom, and refusing to let him call his attorney.

**RELATED: Ex-Baylor security chief threatened, gets shorter sentence (/story/news/crime/2016/04/19/ex-prison-security-boss-threatened-gets-shorter-sentence/83224474/)**

**RELATED: Sex behind bars: Women violated in Delaware prison (/story/news/local/2015/07/31/sex-behind-bars-women-violated-prison/30944001/)**

Way also had been arrested three times as he moved up the ranks in the Department of Correction to his final position as a security superintendent, of which there are seven in the state.

Way was convicted in January 2002 of drunken driving and remained on probation for two years before a judge discharged him as "unimproved," the lawsuit said.

Then, in August, while still on probation, Way was charged with disorderly conduct. Prosecutors dropped those charges three months later.

In December, Way was charged with driving without a valid license. He pleaded not guilty, but didn't appear for his trial, leading a judge to issue a warrant for his arrest. He pleaded guilty that March and was ordered to pay $125 in fines and court costs.

Despite this, Way was able to have sex with the inmate outside the view of security cameras and with his door closed, the lawsuit said. This caused significant damage to the inmate, who now suffers from PTSD, depression, anxiety and other pain, the suit said.

"It is really sad," Warner said. "Chakkira is a very vulnerable person. That is why we filed it, to hopefully get her justice."

Contact Jessica Masulli Reyes at 302-324-2777, jmreyes@delawareonline.com or Twitter @JessicaMasulli.



Read or Share this story: http://delonline.us/2kXkLPA