# Exhibit F

WAYNE R. AVERILL<br>
SBI#303649<br>
DELAWARE CORRECTIONAL CENTER<br>
1181 PADDOCK ROAD<br>
SMYRNA, DELAWARE 19977

April 5th, 2012

Mr. Joseph Handlon
Department of Justice
Carvel State Office Building
820 North French Street        C.A.No:10-07-128JRJ
Wilmington, DE. 19801

Dear Mr. Handlon:

    Hello Sir. By now you should have recieved my Reply to your most recent motion. As a prosecutor I'm sure this may by an odd situation for you Sir. I felt that I had to tell you where I am in this whole thing... In the beginning, all I wanted to do was to hold Bradley accountable to the District Attorney's Office. He needs to be made to answer for his crimes against me and many others. However, nobody would listen nor reply. Never did I wish to go through a long and exhausting civil action. My time, even in prison, is limited, and needed more in my criminal matters, then this.

    I understand that you have to protect the interests of your clients, but these things did happen. If you've ever, as a DAG, prosecuted for a child/person who had been the victim of such crimes, I don't believe that you would ever state that the first sexual abuse was the only one which caused injury. Never did it get "easier" Sir. I tried to push these things to the back of my mind, forget about them, but despite my best attempts I could not hold down these things with out boiling over once in awhile. In an instant of stupidity, I'd lose all that I had gained, built, or grown to care for.

    Never did I want to tell anyone of these abuses, because the way that I grew up, this would have made you seem weak, and many more adjectives. I didn't want for this to be publicized, and having found 27 and counting victims, I've been asked for a press package by a few of the others. These other victims are willing to testify or be interviewed if the D.A.'s office ever choose to prosecute Bradley. A question on many minds is how he can get away with his crimes, not be investigated, despite having

publically admitting to molesting Kelly, as a child, and signed a confession stating the same. There have been many people prosecuted for the same crimes, recently, dating back 20 or more years (crimes on male children), but not on Bradley. Then after living in the same home for over 35 years, he misteriously vanishes, and leaves it all behind, and as the sheriff said, in total disrepair. This seems as if the D.A.'s Office and the State are further protecting him, and this is a shame. I always believed in "the system", have always admitted my wrongs (quickly) knowing fully that I would be jeopordizing my chances at a good deal but believed that one of the times I'd be given the help I've so long needed and asked for, this goes to show that from both sides of the equation the State doesn't much care if you are the criminal or the victim, just what is in the State's best interest.

    I only hope, Mr. Handlon, that some day the State will change it's standing, not show preferential treatment to anyone, but instead treat every person the same and prosecute them the same, no matter what thier background may be.

Dated: April 5th, 2012

Cc: The NCC Superior Court
    The Honorable Jan R. Jurden
    The Supreme Court

Truly Yours,

*[signature: Wayne Averill]*

WAYNE R. AVERILL
SBI # 303649
JTVCC
1181 Paddock Road
Smryna, DE 19977