# Exhibit G

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| Wayne Averill, | ) | |
| | ) | |
| v. | ) | C.A. No. N10C-07-128 |
| | ) | |
| William Bradley, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

**AND NOW TO WIT**, this 22nd day of _____May_____, 2014, the Court having held a hearing to discuss, *inter alia*, the status of service upon Defendant William Bradley,

**IT IS HEREBY ORDERED THAT**:

Plaintiff shall file on or before July 23, 2014 a Motion for Extension of Time to Perfect Service Upon Defendant William Bradley. In order to prepare said motion, the Plaintiff requires access to the law library at the institution where he is currently housed. The Court expects that the Department of Correction will permit Plaintiff to have access to the law library for purposes of researching and preparing this motion. If the Plaintiff is denied access to the law library, the DOC shall promptly advise the Court in writing.

**IT IS SO ORDERED.**

Jurden, J.

cc: Prothonotary – Original
Jason Staib, DAG
Joseph Handlon, DAG
Wayne Averill