# Exhibit H



**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

May 23, 2014

The Honorable Jan R. Jurden
Superior Court of the State of Delaware
New Castle County Courthouse
500 King Street
Wilmington, Delaware 19801

      Re:   *Averill v. Bradley, et al.*
            C.A. No. N10C-07-128 JRJ

Dear Judge Jurden:

As requested by the Court during the hearing on Defendants Motion for Judgment on the Pleadings, held yesterday, we write to confirm Plaintiff's agreement at the hearing that the claims asserted against Governor Markell, Chief Judge Smalls and Court Administrator Kirschner are hereby voluntarily withdrawn. A form of order is attached for the Court's consideration.

Regarding the other issue raised during the hearing, I have followed up with the Department of Correction and can provide the following information. The paralegal mentioned yesterday is a paralegal in the law library at the prison and, as such, she supervises the library. Between September 18, 2004 and March 21, 2008 the paralegal was a Judicial Case Processor in the civil section of the New Castle County Court of Common Pleas. Her job duties included, but were not limited to, the processing, organizing, managing, and maintaining of an array of legal pleadings and documents. She was not a law clerk, nor did she work for any particular Judge. As a Judicial Case Processor she had dealings with all judicial staff, including Chief Judge Alex Smalls, Judges Joseph Flickinger, Jay James, William Bradley, Alfred Fraczkowski and Commissioner Mary McDonough. I have also spoken to the paralegal regarding this former employment and, based on our conversation, I am assured that there are no issues with Mr. Averill having access to the law library or the information he requires for his pending cases.

We are available at the Court's convenience should there be any questions or concerns.

Respectfully submitted,

/s/ Joseph C. Handlon

Joseph C. Handlon
Deputy Attorney General

JCH/wp
cc:     Prothonotary
        Wayne Averill (U.S. Mail)