# Exhibit I

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

Wayne Averill,            )
)
v.                  )         C.A. No. N10C-07-128
)
William Bradley, et al.,    )
)
Defendants.    )

## ORDER

**AND NOW TO WIT**, this 27th day of _May_____, 2014, the

Court having held a hearing on May 22, 2014,

**IT APPEARS THAT** Plaintiff, Wayne Averill, voluntarily withdraws his

complaint against Governor Jack Markell, the Honorable Alex J. Smalls, Carole

Kirshner and New Castle County.

**WHEREFORE, IT IS HEREBY ORDERED THAT** these defendants are

**DISMISSED** from this matter.  The remaining defendants are William Bradley

and the State of Delaware.

**IT IS SO ORDERED.**

Jurden, J.

cc:   Prothonotary – Original
Joseph Handlon, DAG
Wayne Averill
William Bradley