# Exhibit K

**WEIH CHANG**
1611 LAUREL ST.
WILMINGTON, DE 19806

725

Date 5/2/2011

3-7615/360
787

Pay to the Order of **Ms. Theresa Kubick**  $ 450.00

**Four Hundred Fifty** Dollars

**Citizens Bank**
Pennsylvania

For 5/2011

Weih Chang

⑈036076150⑈ 6105041334⑈ 0725