# Exhibit L

ADP, INC.
504 CLINTON CENTER DR STE 4400
CLINTON MS 39056-5610

# Advice of Debit # 407245114

February 17, 2012                   Page 1 of 1

Client Number:
323696

STEVE CHANG
INFORMATICS IN A BOX INC
1611 LAUREL ST
WILMINGTON DE 19806-2511

For Billing inquiries, please contact @ (866)989-0196.
For Account Balance inquiries, please contact Laura Castro @ (855)270-1302.
For Product/Service inquiries, please contact your Client Service Team.

**Current Information**   **\*\*\*CALL MONITORING\*\*\***

Please be advised that calls to and from ADP may be monitored or recorded.

**Current Charges**   **RUN**                Company Code **1705-2R-PPY**   **IID 20352929**

Processing Charges for period ending 02/15/2012
 1 ADP Essential Payroll                                 *Includes:*                              63.00
                                                         *Payroll Checks Prepared*
                                                         *Tax Filing*
                                                         *Electronic Reports*
                                                         *Employee Access*
                                                         *New Hire Reporting*
                                                         *Full Service Direct Deposit*
                                                         *Delivery*

                                                         Total debited                          $63.00

**NO PAYMENT REQUIRED.**  *This amount will be debited from your account # XXXXXX8268 on 02/24/2012 or the next banking day. When your account is debited, this invoice will be automatically paid in full.*